## 60314. DANIELS v. THE STATE.

SHULMAN, Judge.

Defendant appeals his conviction of the offense of burglary. We affirm.

Although appellant failed to submit any enumerations of error (with a brief in support thereof), we have nevertheless reviewed the record to determine whether or not the verdict and judgment withstand a general grounds objection. Having found sufficient evidence of defendant's culpability upon which a jury could reasonably have found defendant guilty beyond a reasonable doubt of the offense charged, the judgment of the trial court is affirmed. See Jackson v. Virginia, 443 U. S. 307 (99 SC 2781, 61 LE2d 560).

*Judgment affirmed. Quillian, P. J., and Carley, J., concur.*

SUBMITTED JULY 10, 1980 — DECIDED SEPTEMBER 9, 1980.

Charles Daniels, *pro se.*
*D. E. Turk, District Attorney,* for appellee.